1  TORRES | TORRES AND ASSOCIATES
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5

6  Attorney for:
   CESAR LARIOS ORTEGA

7                  UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,           Case No. 19-CR-00200 NONE-SKO

11          Plaintiff,

12     v.                               STIPULATION AND ORDER TO
                                        CONTINUE THE STATUS CONFERENCE
13  CESAR LARIOS ORTEGA,
    RODOLFO CARDENAS- LARA,
14
            Defendants.
15

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA

17  K. OBERTO AND THOMAS NEWMAN, ASSISTANT UNITED STATES

18  ATTORNEY:

19       **COMES NOW** Defendant, CESAR LARIOS-ORTEGA, by and through his attorney of

20  record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for

21  Monday, May 4, 2020, to be continued to July 20, 2020.

22       In light of the restrictions of the General Orders 610-617 regarding the coronavirus

23  (COVID-19), counsel is requesting that this matter be continued the to the requested date to

24  permit the defense time to review the discovery in this matter and to consider the proposed plea

25  provide by the government. I have spoken to co-counsel, Monica Bermudez and AUSA, Thomas

26  Newman, and they have no objection to continuing the status conference hearing.

27       The parties also agree the delays resulting from the continuance shall be excluded in the

28  interest of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

                                          1

///

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED: 4/27/20                            */s/ David A Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              CESAR LARIOS ORTEGA

DATED: 4/27/20                            */s/ Monica Bermudez*
                                              MONICA BERMUDEZ
                                              Attorney for Defendant
                                              RODOLFO CARDENAS-LARA

DATED: 4/27/20                            */s/Thomas Newman*
                                              THOMAS NEWMAN
                                              Assistant U.S. Attorney

## **ORDER**

     IT IS HEREBY ORDERED that the status conference hearing be continued to July 20, 2020.

     IT IS FURTHER ORDERED THAT the period of time from April 27, 2020, through July 20, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **April 27, 2020**                         */s/ Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE