TORRES | TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CESAR LARIOS ORTEGA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LARIOS ORTEGA,<br>RODOLFO CARDENAS- LARA,<br><br>Defendants. | Case No. 19-CR-00200 NONE-SKO<br><br>STIPULATION AND ORDER TO<br>CONTINUE THE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND THOMAS NEWMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CESAR LARIOS-ORTEGA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Monday, October 19, 2020, to be continued to November 18, 2020.

In light of the restrictions of the General Orders 610-617 regarding the coronavirus (COVID-19), counsel is requesting that this matter be continued the to the requested date to permit the defense time to review the discovery in this matter and to consider the proposed plea provide by the government. In addition, I recently commenced trial in the matter of *People v. Julio Munoz, BF177980A* in front of the Honorable Judge Scheutt. Additionally, Mrs. Bermudez is trial in the matter of *People v. Pearson, BF172410A* in front on the Honorable Judge McNamara I have spoken to AUSA, Thomas Newman, and he has no objection to continuing the

status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

                                                                    Respectfully Submitted,

DATED: October 2, 2020                          */s/ David A Torres*
                                                                    DAVID A. TORRES
                                                                    Attorney for Defendant
                                                                    CESAR LARIOS ORTEGA

DATED: October 2, 2020                          */s/ Monica Bermudez*
                                                                    MONICA BERMUDEZ
                                                                    Attorney for Defendant
                                                                    RODOLFO CARDENAS-LARA

DATED: October 2, 2020                          */s/Thomas Newman*
                                                                    THOMAS NEWMAN
                                                                    Assistant U.S. Attorney

# ORDER

IT IS ORDERED that the status conference hearing be continued to October 19, 2020.

IT IS FURTHER ORDERED THAT the period of time from October 19, 2020, through November 18, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 2, 2020**                          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE