McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LARIOS-ORTEGA and RODOLFO CARDENAS-LARA,<br><br>Defendants. | CASE NO. 1:19-CR-00200-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 3, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on February 3, 2021.

2.  By this stipulation, the parties now move to continue the status conference until April 7, 2021, or the Court's earliest convenience, and to exclude time between February 3, 2021, and April 7, 2021.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government extended plea offers to both defendants.

    b)  Counsel for defendant Cesar LARIOS-ORTEGA desires additional time to review discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

    c)  Counsel for defendant Rodolfo CARDENAS-LARA represents that defendant has agreed to the plea offer and otherwise does not oppose co-defendant LARIOS-ORTEGA's requested continuance. Counsel requests the scheduling in the District Court of a change of plea date for defendant LARIOS-ORTEGA's entry of guilty plea.

    d)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 3, 2021 to April 7, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 27, 2021          McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ CHRISTOPHER D. BAKER
                                 CHRISTOPHER D. BAKER
                                 Assistant United States Attorney

Dated:   January 27, 2021        /s/ Monica Bermudez
                                 Attorney for Defendant
                                 RODOLFO CARDENAS-LARA


                                 /s/ David Torres
                                 Attorney for Defendant
                                 CESAR LARIOS-ORTEGA

**ORDER**

IT IS SO ORDERED.

Dated:   **January 29, 2021**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE