1  TORRES|TORRES-STALLINGS
   A LAW CORPORATION
2  David A. Torres, SBN:135059
   1318 K. Street
3  Bakersfield, CA 93301
4  Tel: (661)326-0857
   Fax: (661)326-0936
5  Email: dtorres@lawtorres.com

6  Attorney for:
7  Cesar Larios-Ortega

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00200 NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| CESAR LARIOS-ORTEGA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND CHRISTOPHER D. BAKER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CESAR LARIOS-ORTEGA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Friday, June 11, 2021, be continued to Friday, July 16, 2021, at 8:30 a.m.

A meeting has been scheduled for Thursday afternoon, June 10, 2021, which is relevant to sentencing and will determine whether Mr. Larios-Ortega is entitled to Safety Valve consideration. As such, the defense will not be prepared to proceed to sentencing on Friday, June 11, 2021. Defendant Larios-Ortega is prepared to exclude time up to and including July 16, 2021.

///

///

///

1

| | |
|---|---|
| **IT IS SO STIPULATED.** | Respectfully Submitted, |
| DATED: June 8, 2021 | */s/ David A Torres*<br>DAVID A. TORRES<br>Attorney for Defendant<br>Cesar Larios-Ortega |
| DATED: June 8, 2021 | */s/Christopher D. Bakers*<br>CHRISTOPHER D. BAKER<br>Assistant U.S. Attorney |

## **ORDER**

IT IS SO OREDERED that the sentencing hearing currently set for Friday, June 11, 2021 be continued to Friday, July 16, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **June 8, 2021**

_____
UNITED STATES DISTRICT JUDGE