HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CESAR LARIOS-ORTEGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LARIOS-ORTEGA,<br><br>Defendant. | Case No. 1:19-cr-00200 NODJ-SKO-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE |

Defendant, CESAR LARIOS-ORTEGA, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On July 16, 2021, this Court sentenced Mr. Larios-Ortega to a term of 84 months;

4. Mr. Larios-Ortega's total offense level was 29, his criminal history category was I (based on him having zero criminal history points), and the resulting guideline range was 87 to 108 months;

5. The sentencing range applicable to Mr. Larios-Ortega was subsequently lowered by the zero-point provision;

6. Mr. Larios-Ortega is eligible for a reduction in sentence, which reduces his total offense level by 2 from 29 to 27, and his amended advisory guideline range is reduced to 70 to 87 months;

7. Because Mr. Larios-Ortega is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Larios-Ortega's term of imprisonment to 70 months, but if the amount of time served as of February 1, 2024 exceeds 70 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024. Respectfully submitted,

Dated:  January 23, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  January 23, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender

Attorneys for Defendant
CESAR LARIOS-ORTEGA

1

**ORDER**

2    This matter came before the Court on the stipulated motion of the parties for reduction of

3    sentence pursuant to 18 U.S.C. § 3582(c)(2).

4    The parties agree, and the Court finds, that Mr. Larios-Ortega is entitled to the benefit of

5    Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total

6    offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months.

7    IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of

8    imprisonment imposed in 2021 is reduced to a term of 70 months, effective February 1, 2024,

9    but if the amount of time served as of February 1, 2024 exceeds 70 months, the sentence is

10   instead reduced to a sentence of time-served as of February 1, 2024.

11   IT IS FURTHER ORDERED that all the terms and provisions of the original judgment

12   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

13   reduction in sentence and shall serve certified copies of the amended judgment on the United

14   States Bureau of Prisons and the United States Probation Office.

15   Unless otherwise ordered, Mr. Larios-Ortega shall report to the United States Probation

16   Office within seventy-two hours after his release.

17   DATED:  January 24, 2024.

18

19   _____

20   CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28