# UNITED STATES DISTRICT COURT
### for the

EASTERN   District of   CALIFORNIA

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   1:19-cr-00200-001 |
| | ) | |
| CESAR LARIOS-ORTEGA | ) | |
| | ) | USM No:   78420-097 |
| | ) | |
| Date of Original Judgment:    07/16/2021 | ) | |
| Date of Previous Amended Judgment: | ) | Peggy Sasso, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of                84                months **is reduced to**                70 months                .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated        07/20/2021        shall remain in effect.
**IT IS SO ORDERED**.

Order Date:            01/25/2024

*Judge's signature*

Effective Date:            02/01/2024                          Honorable District Judge Jennifer L. Thurston
*(if different from order date)*                               *Printed name and title*